**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 24-6974**

---

TASHON EARL HURELL,

        Petitioner - Appellant,

    v.

BRIAN KENDALL,

        Respondent - Appellee.

---

Appeal from the United States District Court for the District of South Carolina, at Orangeburg.  Mary G. Lewis, District Judge.  (5:23-cv-03556-MGL)

---

Submitted:  February 20, 2025                  Decided:  February 25, 2025

---

Before AGEE, HARRIS, and RUSHING, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Tashon Earl Hurell, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Tashon Earl Hurell seeks to appeal the district court's order accepting the magistrate judge's recommendation, granting summary judgment to Defendant, and denying relief on Hurell's 28 U.S.C. § 2254 petition. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

In civil cases, parties have 30 days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5) or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." *Bowles v. Russell*, 551 U.S. 205, 214 (2007).

The district court entered its order on August 26, 2024. Hurell filed the notice of appeal, at the earliest, on September 26, 2024, one day after the appeal period expired. Because Hurell failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*

2